UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 FEB -4  P 2: 56

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| PAUL BARD, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | NO. 04-11946-NMG |
| ) | |
| BOSTON SHIPPING ASSOCIATION – ) | |
| INTERNATIONAL LONGSHOREMEN'S ) | |
| ASSOCIATION PENSION PLAN, ) | |
| a/k/a BSA-ILA PENSION PLAN, ) | |
| a/k/a BSA-ILA TRUST FUND, ) | |
| ) | |
| Defendant, ) | |

## NOTICE OF CHANGE OF ADDRESS

This is to notify the Court and parties that Plaintiff's Counsel's address has changed to the following:

Robert E. Daidone, Esq.
44 School Street
Suite 500
Boston, MA 02108
(617) 722-9310

## CERTIFICATE OF SERVICE

The above Notice was sent by first class prepaid mail to Geoffrey P. Wermuth, Esq. of Murphy, Hesse, and Lehane, LLP on this 3rd day of February, 2005.

February 3, 2005

Robert E. Daidone, Esq.