UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL BARD, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | NO. 04-11946-NMG |
| ) | |
| BOSTON SHIPPING ASSOCIATION – ) | |
| INTERNATIONAL LONGSHOREMEN'S ) | |
| ASSOCIATION PENSION PLAN, ) | |
| a/k/a BSA-ILA PENSION PLAN, ) | |
| a/k/a BSA-ILA TRUST FUND, ) | |
| ) | |
| Defendant, ) | |

## CERTIFICATE OF SERVICE

I, Robert E. Daidone, Esq. hereby certify that I served a copy of the Amended Complaint and additional Appendix on the BSA-ILA Pension Plan, by sending such first class prepaid mail to its Counsel, Geoffrey P. Wermuth, Esq. of Murphy, Hesse, Toomey & Lehane, LLP, World Trade Center East, 2 Seaport Lane, 4th Floor, Boston, MA 02210 on this 21st day of April, 2005, and also by filing such electronically on the U.S. District Court's system on the 20th day of April, 2005.

April 21, 2005

Robert E. Daidone, Esq.
BBO# 544438
44 School Street
Suite 500
Boston, MA 02108
(617) 722-9310