TRIAL BY JURY

PLAINTIFF REQUESTS AND MAKE DEMAND FOR TRIAL BY JURY ON ANY AND ALL FACTUAL ISSUES.

JULY 6, 2005

                              PAUL BARD,
                              By His Attorney,

                              _____
                              Robert E. Daidone, Esq.
                              BBO# 544438
                              44 School Street
                              Suite 500
                              Boston, MA 02108
                              (617) 722-9310

VERIFICATION OF COMPLAINT

I, Paul Bard, have read the above complaint and swear under the pains and penalties of perjury that all of the allegations contained therein are true, to the best of my knowledge and belief.

_____
Paul Bard

CERTIFICATE OF SERVICE

I, Robert E. Daidone, Esq. hereby certify that I served the above Second Amended Complaint on Defendant's counsel by filing such electronically on the U.S. District Court's system on this 6th day of July, 2005.

_____
Robert E. Daidone, Esq.