UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL BARD, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | NO. 04-11946-NMG |
| ) | |
| BOSTON SHIPPING ASSOCIATION – ) | |
| INTERNATIONAL LONGSHOREMEN'S ) | |
| ASSOCIATION PENSION PLAN, ) | |
| a/k/a BSA-ILA PENSION PLAN, ) | |
| a/k/a BSA-ILA TRUST FUND, ) | |
| ) | |
| Defendant, ) | |
| ) | |

## JOINT CERTIFICATION BY COUNSEL AND CLIENT

THIS IS TO CERTIFY to the Court that Counsel to Plaintiff and Plaintiff have conferred

(a) with a view to establishing a budget for the costs of conducting the full course -- and various alternatives – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

July 12, 2005

_____          _____
PAUL BARD                          ROBERT E. DAIDONE, ESQ.
                                   BBO# 544438
                                   44 School Street, Suite 500
                                   Boston, MA 02108
                                   (617) 722-9310