UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL BARD, )
    Plaintiff )
)
v. )
)   Civil Action
)   No. 04-11946-NMG
BOSTON SHIPPING ASSOCIATION- )
INTERNATIONAL LONGSHOREMEN'S )
ASSOCIATION PENSION PLAN, a/k/a )
BSA-ILA PENSION PLAN, a/k/a )
BSA-ILA TRUST FUND, )
    Defendant, )

### Defendant's Cross-Motion For Judgment As A Matter Of Law

Now comes the Defendant and moves under Fed.R.Civ.P. for judgment as a matter of law in its favor in the above-referenced matter. As grounds therefor, the Defendant states as follows:

1. Arbitrary and capricious is the proper standard of review;

2. Under this standard, the Defendant is entitled to judgment as a matter of law because the Plaintiff, while he may be totally and permanently disabled today, was not totally and permanently disabled during his employment from his occupation as a crane operator because he worked up to the date of his drug test and discharge. Moreover, the medical documentation does not support his claim;

3. Even under a de novo standard of review, the Defendant is still entitled to judgment as a matter of law for the same reasons;

4. The Plan requires that any total and permanent disability occur while employed, and here any such disability did not occur until after Plaintiff's employment ended.

Defendant submits the accompanying <u>Defendant's Opposition To Plaintiff's Renewed Motion For Judgment On The Pleadings And/Or The Case Stated And/Or For Summary Judgment In Whole Or In Part, And In Opposition To Plaintiff's Objection To Defendant's Administrative Record, And In Support Of Defendant's Cross-Motion For Judgment As A Matter Of Law</u> in support of its Motion.

WHEREFORE, the Defendant respectfully requests that judgment as a matter of law enter in its favor.

Respectfully Submitted by
The Defendant
by its attorney

*/s/ Geoffrey P. Wermuth/*

Geoffrey P. Wermuth, BBO #559681
Murphy, Hesse, Toomey & Lehane, LLP
World Trade Center East, 4th Fl.
2 Seaport Lane
Boston, MA 02210
(617) 479-5000

Date: September 12, 2005

### Certificate of Service

I, Geoffrey P. Wermuth, hereby certify that on this 12th day of September, 2005, I served a copy of the foregoing by hand upon counsel of record for the Plaintiff, Robert E. Daidone, Esq., 44 School St., Suite 500, Boston, MA 02108.

*/s/ Geoffrey P. Wermuth/*

Geoffrey P. Wermuth