UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
PAUL BARD,                              )
                                        )
    Plaintiff,                          )    CIVIL ACTION
                                        )
v.                                      )    NO. 04-11946-NMG
                                        )
BOSTON SHIPPING ASSOCIATION –           )
INTERNATIONAL LONGSHOREMEN'S            )
ASSOCIATION PENSION PLAN,               )
a/k/a BSA-ILA PENSION PLAN,             )
a/k/a BSA-ILA TRUST FUND,               )
                                        )
    Defendant,                          )
_____)


MOTION FOR WAIVER OF PAGE LIMITATION
UNDER LOCAL RULE 7.1(b)(4)


    Plaintiff, Paul Bard, requests that this Court waive the page limitation otherwise imposed on the Reply Memorandum submitted in response to Defendant's Oppositions and Motion For Judgment As a Matter of Law. In support thereof, Plaintiff states that the Memorandum supports three alternative motions, an objection, oppositions, is tantamount to plaintiff's case in a trial, and the matters are complex. The reply herein is submitted per the time deadlines imposed by this Court, set at the pre-trial conference.

September 21, 2005

                                            PAUL BARD,
                                            By His Attorney,

                                            /s/ Robert E. Daidone
                                            _____
                                            Robert E. Daidone, Esq.
                                            BBO# 544438

                                                  44 School Street  
                                                  Suite 500  
                                                  Boston, MA  02108  
                                                  (617) 722-9310

## CERTIFICATE OF SERVICE

      I, Robert E. Daidone, Esq. hereby certify that I served the above on Defendant's counsel by filing such electronically on the U.S. District Court's system on this 21st day of September, 2005.

                                                  /s/ Robert E. Daidone  
                                                  _____  
                                                  Robert E. Daidone, Esq.