UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
PAUL BARD,                          )
                                    )
    Plaintiff,                      )   CIVIL ACTION
                                    )
v.                                  )   NO. 04-11946-NMG
                                    )
BOSTON SHIPPING ASSOCIATION –       )
INTERNATIONAL LONGSHOREMEN'S        )
ASSOCIATION PENSION PLAN,           )
a/k/a BSA-ILA PENSION PLAN,         )
a/k/a BSA-ILA TRUST FUND,           )
                                    )
    Defendant,                      )
_____ )

CERTIFICATE OF SERVICE

    I, Robert E. Daidone, Esq. hereby certify that, after the Court's Allowance of Plaintiff's Motion For Leave to File Excess Pages, I re-served Plaintiff's:

REPLY BRIEF TO DEFENDANT'S OPPOSITION TO PLAINTIFF, PAUL BARD'S, RENEWED MOTION FOR JUDGMENT ON THE PLEADINGS, AND/OR CASE STATED AND/OR FOR SUMMARY JUDGMENT, AND TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S OBJECTION TO DEFENDANT'S ADMINISTRATIVE RECORD, AND PLAINTIFF'S OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR JUDGMENT AS A MATTER OF LAW

on Defendant's counsel by filing such electronically on the U.S. District Court's system on this 6th day of October, 2005.

                                               /s/ Robert E. Daidone
                                               _____
                                               Robert E. Daidone, Esq.