UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL BARD,           )<br>   Plaintiff,         )<br>                      )<br>v.                    )<br>                      )<br>BSA-ILA PENSION PLAN, et.al. )<br>   Defendants,        )<br>                      ) | Civil Action No. 04-11946-NMG |

NOTICE OF APPEAL

Notice is hereby given that Paul Bard, Plaintiff, in the above named case, hereby appeals to the United State Court of Appeals for the First Circuit from the final judgment entered in this action on the 16th day of March, 2006.

April 13, 2006

                                        Paul Bard
                                        By His Attorney,

                                        /s/ Robert E. Daidone
                                        _____
                                        Robert E. Daidone, Esq.
                                        BBO# 544438
                                        44 School Street, Suite 500
                                        Boston, MA  02108
                                        (617) 722-9310

CERTIFICATE OF SERVICE

   I hereby certify that I served this document on counsel of record by electronic service on April 13, 2006.

                                        /s/ Robert E. Daidone
                                        _____
                                        Robert E. Daidone