UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
Paul Bard                          )
         Petitioner                )
                                   )        CIVIL ACTION
     v.                            )        NO. 04-11946-NMG
                                   )
Boston Shipping Association, et al.,)
         Respondent                )
_____)

Judgment
May 10, 2006

For the reasons stated in the Opinion (Docket No. 22) on 3/16/06, it is

ORDERED: Judgment for the defendants.

Approved:                                    By the Court,

/s/ Nathaniel M. Gorton                      /s/ Craig J. Nicewicz

United States District Judge                 Craig Nicewicz, Deputy Clerk