APPEAL, CLOSED

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-11946-NMG

Bard v. Boston Shipping Association et al
Assigned to: Judge Nathaniel M. Gorton
Demand: $449,000
Cause: 29:1001 E.R.I.S.A.: Employee Retirement

Date Filed: 09/07/2004
Jury Demand: Plaintiff
Nature of Suit: 791 Labor: E.R.I.S.A.
Jurisdiction: Federal Question

**Plaintiff**

**Paul Bard**     represented by **Robert E. Daidone**
44 School Street
Suite 500
Boston, MA 02108
617-722-9310
Fax: 617-523-8352
Email: daidoner57@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Boston Shipping Association**     represented by **Geoffrey P. Wermuth**
Murphy, Hesse, Toomey & Lehane, LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210
617-691-1979
Fax: 617-338-1324
Email: gwermuth@mhtl.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**International Longshoremen's Association Pension Plan**     represented by **Geoffrey P. Wermuth**
(See above for address)

*also known as*
BSA-ILA Pension Plan
*also known as*
BSA-ILA Trust Fund

**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/07/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 58511, filed by Paul Bard.(Smith3, Dianne) (Entered: 09/10/2004) |
| 09/07/2004 |  | Summons Issued as to Boston Shipping Association, International Longshoremen's Association Pension Plan. (Smith3, Dianne) (Entered: 09/10/2004) |
| 09/07/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Smith3, Dianne) (Entered: 09/10/2004) |
| 09/07/2004 | 2 | ADMINISTRATIVE RECORD re 1 Complaint by Paul Bard. (Smith3, Dianne) (Not scanned---Record is bound) (Entered: 09/10/2004) |
| 12/17/2004 | 3 | EMERGENCY MOTION for Temporary Restraining Order by Paul Bard.(Nicewicz, Craig) (Entered: 12/20/2004) |
| 12/17/2004 |  | Judge Nathaniel M. Gorton : Electronic ORDER entered withdrawing 3 Motion for TRO. Counsel for the plaintiff has notified the clerk on this day that they will not proceed with this motion. (Nicewicz, Craig) (Entered: 12/20/2004) |
| 02/04/2005 | 4 | NOTICE of Change of Address by Paul Bard (Barrette, Mark) (Entered: 02/10/2005) |
| 04/20/2005 | 5 | AMENDED COMPLAINT *with jury demand* against all defendants, filed by Paul Bard. (Attachments: # 1 Appendix Supplemental Admin Record)(Daidone, Robert) (Entered: 04/20/2005) |
| 04/21/2005 | 6 | CERTIFICATE OF SERVICE by Paul Bard *re: Amended Complaint.* (Daidone, Robert) (Entered: 04/21/2005) |
| 05/24/2005 | 7 | ANSWER to Amended Complaint by Boston Shipping Association, International Longshoremen's Association Pension Plan.(Elefther, Elizabeth) (Entered: 05/25/2005) |
| 06/14/2005 | 8 | NOTICE of Scheduling Conference Scheduling Conference set |

| | | |
|---|---|---|
| | | for 7/14/2005 03:45 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 06/14/2005) |
| 07/07/2005 | 9 | Assented to MOTION to Amend 5 Amended Complaint *and VERIFIED SECOND AMENDED COMPLAINT* by Paul Bard. (Attachments: # 1 Affidavit Verification of Second Amended Complaint)(Daidone, Robert) (Entered: 07/07/2005) |
| 07/07/2005 | 10 | MOTION for Judgment on the Pleadings *And-Or Case Stated And-Or For Summary Judgment and Memorandum in Support Thereof* by Paul Bard. (Attachments: # 1 Supplement Supplemental Administrative Record, pp. 1-7# 2 Supplement Supplemental Administrative Record, pp. 8-17# 3 Supplement Supplemental Administrative Record, pp. 18-30)(Daidone, Robert) (Entered: 07/07/2005) |
| 07/13/2005 | 11 | JOINT STATEMENT re scheduling conference. (Daidone, Robert) Additional attachment(s) added on 7/14/2005 (Elefther, Elizabeth). (Entered: 07/13/2005) |
| 07/14/2005 | 12 | Joint CERTIFICATION by Counsel and Client by Robert E. Daidone on behalf of Paul Bard. (Elefther, Elizabeth) (Entered: 07/14/2005) |
| 07/14/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Nathaniel M. Gorton : Motion Hearing held on 7/14/2005 re Denying 10 MOTION for Judgment on the Pleadings *And-Or Case Stated And-Or For Summary Judgment and Memorandum in Support Thereof* without prejudice filed by Paul Bard,, Scheduling Conference held on 7/14/2005, Motions terminated: 10 MOTION for Judgment on the Pleadings *And-Or Case Stated And-Or For Summary Judgment and Memorandum in Support Thereof* filed by Paul Bard,. 30 days designate adm. record, motion to be refiled by 8/29/05, opposition due 9/12/05, cross motion and or response by 9/26/05. Parties will inform court on ADR by 9/15/05. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 07/18/2005) |
| 07/26/2005 |  | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 9 Motion to Amend (Nicewicz, Craig) (Entered: 07/26/2005) |
| 08/11/2005 | 13 | Administrative Record pursuant to the Court's Scheduling Order. (Elefther, Elizabeth) (Entered: 08/12/2005) |

| | | |
|---|---|---|
| 08/28/2005 | 14 | Objection by Paul Bard *to the Proposed Administrative Record Recently Filed By Defendant, and Requests For Relief.* (Daidone, Robert) (Entered: 08/28/2005) |
| 08/28/2005 | 15 | Amended MOTION for Judgment on the Pleadings *And-Or Case Stated And-Or Motion For Summary Judgment in Whole or Part* by Paul Bard.(Daidone, Robert) (Entered: 08/28/2005) |
| 09/12/2005 | 16 | Cross- MOTION for Judgment as a Matter of Law by Boston Shipping Association, International Longshoremen's Association Pension Plan.(Elefther, Elizabeth) (Entered: 09/13/2005) |
| 09/12/2005 | 17 | Opposition re 10 MOTION for Judgment on the Pleadings *And-Or Case Stated And-Or For Summary Judgment and Memorandum in Support Thereof,* and in Opposition of 15 Amended MOTION for Judgment on the Pleadings *And-Or Case Stated And-Or Motion For Summary Judgment in Whole or Part*, and in Support of 16 Cross- MOTION for Judgment as a Matter of Law filed by Boston Shipping Association, International Longshoremen's Association Pension Plan. (Elefther, Elizabeth) (Entered: 09/13/2005) |
| 09/21/2005 | 18 | Opposition re 16 MOTION for Judgment as a Matter of Law filed by Paul Bard. (Daidone, Robert) (Entered: 09/21/2005) |
| 09/21/2005 | 19 | MOTION for Leave to File Excess Pages for Reply Brief to Defendant's Opposition to Plaintiff's, Paul Bard's Renewed Motion for Judgment on the Pleadings, and/or Case Stated and/or for Summary Judgment, and to Defendant's Opposition to Plaintiff's Objection to Defendant's Administrative Record, and Plaintiff's Opposition to Defendant's Cross-Motion for Judgment as a Matter of Law by Paul Bard.(Elefther, Elizabeth) (Entered: 09/22/2005) |
| 09/21/2005 | | Notice of correction to docket made by Court staff. Correction: Docket No. 19 corrected because: Motion was attached to the Reply Brief. (Elefther, Elizabeth) (Entered: 09/23/2005) |
| 10/05/2005 | | Judge Nathaniel M. Gorton : ElectronicORDER entered granting 19 Motion for Leave to File Excess Pages (Nicewicz, Craig) (Entered: 10/05/2005) |
| 10/06/2005 | 20 | MEMORANDUM in Opposition re 16 MOTION for Judgment as a Matter of Law *filed by Defendant AND Plaintiff's Reply Brief to Defendant's Opposition to Plaintiff's* |

| | | |
|---|---|---|
| | | *Renewed Motion For Judgment on the Pleadings And-Or Case Stated And-Or For Summary Judgment AND to Defendant's Opposition to Plaintiff's Objection to the "Administrative Record" Prepared by Defendant,* filed by Paul Bard. (Daidone, Robert) (Entered: 10/06/2005) |
| 10/06/2005 | 21 | CERTIFICATE OF SERVICE by Paul Bard re 20 Memorandum in Opposition to Motion,. (Daidone, Robert) (Entered: 10/06/2005) |
| 03/16/2006 | 22 | Judge Nathaniel M. Gorton : ORDER entered. MEMORANDUM AND ORDER"In accordance with the foregoing, Plaintiff Paul Bard's Renewed Motion for Judgment on the Pleadings and/or the Case Stated and/or Motion for Judgment in Whole or Part (Docket No. 15) is DENIED and Defendant's Cross-Motion for Judgment as a Matter of Law (Docket No. 16) is ALLOWED." (Sonnenberg, Elizabeth) (Entered: 03/16/2006) |
| 04/13/2006 | 23 | NOTICE OF APPEAL as to 22 Memorandum & ORDER, by Paul Bard. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/3/2006. (Daidone, Robert) (Entered: 04/13/2006) |
| 04/13/2006 | 24 | NOTICE OF APPEAL as to 22 Memorandum & ORDER, by Paul Bard. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/3/2006. (Sonnenberg, Elizabeth) (Entered: 04/13/2006) |
| 04/13/2006 | | Filing fee: $ 455.00, receipt number 71771 & 71772 for 24 Notice of Appeal, (Sonnenberg, Elizabeth) (Entered: 04/13/2006) |
| 04/13/2006 | | Notice of correction to docket made by Court staff. Correction: Docket No. 24 corrected because: Clerk inadvertantly duplicated entry of Docket No. 23 (Sonnenberg, Elizabeth) (Entered: 04/13/2006) |

| 05/10/2006 | 25 | Judge Nathaniel M. Gorton : ORDER entered. JUDGMENT in favor of Defendants. (Judgment was inadvertently not entered following the 3/16/06 M&O. Matter is under appeal). (Nicewicz, Craig) (Entered: 05/10/2006) |