UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Paul Bard,
                    Plaintiff(s)

v.                                    CIVIL ACTION NO. 04-11946

Boston Shipping Association, et al.,
                    Defendant(s)

## AMENDED JUDGMENT IN A CIVIL CASE

Gorton, D.J.

**IT IS ORDERED AND ADJUDGED**

Boston International Longshoremen's Association Pension Plan (a/k/a/ BSA-ILA Pension Plan, a/k/a BSA-ILA Trust Fund) is to pay Paul Bard his disability benefits, including any benefits past due, and any applicable interest.

SARAH A. THORNTON, CLERK

Dated: 1/8/07                          /s/ Craig J. Nicewicz
                                       ( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is 4.76 %.

(judgciv.frm - 10/96)                                          [jgm.]