# United States Court of Appeals
## For the First Circuit

*04-11946*
*Massachusetts*
*N. Gorton*

No. 06-1810

PAUL BARD,

Plaintiff, Appellant,

v.

BOSTON SHIPPING ASSOCIATION; INTERNATIONAL LONGSHOREMEN'S ASSOCIATION PENSION PLAN, a/k/a BSA-ILA Pension Plan, a/k/a BSA-ILA Trust Fund,

Defendants, Appellees.

FILED IN CLERK'S OFFICE
U.S. COURT OF APPEALS
FOR THE FIRST CIRCUIT
2006 DEC 19 A 10: 10

### JUDGMENT
Entered: December 19, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is reversed. The case is remanded with instructions that the district court enter judgment requiring Boston International Longshoremen's Association Pension Plan (a/k/a BSA-ILA Pension Plan, a/k/a BSA-ILA Trust Fund) to pay Paul Bard his disability benefits, including any benefits past due, and any applicable interest. Costs are awarded to Paul Bard.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*Jennifer Colardo*
Deputy Clerk
Date: 1/25/07

By the Court:
Richard Cushing Donovan, Clerk

By: Margaret Carter, Chief Deputy Clerk

[Certified copies to Hon. Nathaniel M. Gorton and Ms. Sarah Thornton, Clerk, United States District Court for Massachusetts. Copies to Mr. Wermuth and Mr. Daidone.]