# United States Court of Appeals
## For the First Circuit

No.   06-1810

PAUL BARD

Plaintiff - Appellant

v.

BOSTON SHIPPING ASSOCIATION; INTERNATIONAL LONGSHOREMEN'S
ASSOCIATION PENSION PLAN, a/k/a BSA-ILA Pension Plan, a/k/a
BSA-ILA Trust Fund

Defendants - Appellees

TAXATION OF COSTS

Entered: May 11, 2007
Pursuant to 1st Cir. R. 27.0(d)

Costs in favor of the appellant, Paul Bard, are taxed as follows:

| | |
|---|---|
| Reproduction of brief | $ 80.73 |
| Reproduction of reply brief | $ 57.78 |
| Reproduction of appendix | $ 62.37 |
| Docket Fee | $ 455.00 |
| TOTAL | $ 650.88 |

Pursuant to Fed. R. App. P. 39 (d)(3), the district court is directed to add this taxation of costs to the mandate issued on January 25, 2007.

By the Court:
Richard Cushing Donovan, Clerk

By: _____
**LYNNE ALIX MORRISON**
Appeals Attorney

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: J Calardo   Date: 5/11/07

[certified copies: Sarah A. Thornton, Clerk, United States District Court of Massachusetts]

[cc: Robert E. Diadone, Esq., Geoffrey P. Wermuth, Esq.]